JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>370 NORTH CANON DRIVE, LP;<br>TASHMAN MANAGEMENT, LLC;<br>ALO, LLC; and DOES 1–10,<br><br>　　　　Defendants. | Case No.: CV 19-02918-CJC(GJSx)<br><br><br><br>JUDGMENT |

　　This action came before the Court on Plaintiff Brian Whitaker and Defendants 370 North Canon Drive, LP, Tashman Management LLC, and ALO LLC's cross motions for summary judgment.

//

//

//

As set out in the Court's concurrently issued order, as to Plaintiff's ADA claim, Plaintiff's motion for summary judgment is **DENIED**, and Defendants' motion for summary judgment is **GRANTED**.  Both parties' motions for summary judgment are **DENIED AS MOOT** with respect to Plaintiff's Unruh Act claim.  This claim is **DISMISSED WITHOUT PREJUDICE** to allow Plaintiff to assert it in state court.

DATED:	August 26, 2020

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE