UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

```
                                    FILED
                                    NOV 12 2021
                                    MOLLY C. DWYER, CLERK
                                    U.S. COURT OF APPEALS
```

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>370 NORTH CANON DRIVE, LP, a California Limited Partnership; et al.,<br><br>        Defendants - Appellees. | No. 20-56068<br><br>D.C. No. 2:19-cv-02918-CJC-GJS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered October 20, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7